# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-MJ-608-MJP |
| ZACHARY BATES, | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about July 26, 2023, in the County of Monroe, in the Western District of New York, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession of a controlled substance with intent to distribute |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a firearm in furtherance of a drug trafficking crime |

This Criminal Complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

S/A *[signature]*

SEAN MARTINECK, Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: August 14, 2023

City and State: Rochester, New York

*[signature]*

MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ZACHARY BATES,                                                                                          23-MJ-608-MJP

                    Defendant.

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK  )
COUNTY OF MONROE  ) SS:
CITY OF ROCHESTER  )

    I, SEAN MARTINECK, affirm to the following facts:

    1.    I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives (hereinafter ATF), and am assigned to the Rochester, New York Field Office. Your affiant is a graduate of the ATF National Academy and the Criminal Investigator School located at the Federal Law Enforcement Training Center in Glynco, Georgia. Your affiant has been employed as an ATF Special Agent since 2001. Your affiant has been involved in over five hundred (500) firearms and narcotics trafficking investigations and has participated in over five hundred (500) federal and state search warrants involving firearms and narcotics. Since becoming an ATF Agent, your affiant has seized, or has been involved in investigations which have seized, well over five hundred (500) firearms. I am currently assigned to the Rochester Police Department's Violent Crime Task Force. Prior to becoming an ATF Agent, I was employed as a United

1

States Probation Officer for approximately 4 years, where I handled numerous firearm-related cases.

2. This affidavit is submitted in support of a criminal complaint charging Zachary BATES (hereinafter BATES) with violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) (possession of cocaine, fentanyl, MDMA (ecstasy) with the intent to distribute) and Title 18, United States Code, Section 924(c)(1)(a)(i) (possession of a firearm in furtherance of a drug trafficking crime). The assertions made herein are based solely upon the personal knowledge of your affiant and information I have received from this investigation, including conversations with other law enforcement officers involved with this investigation. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that the defendant committed the above-mentioned offenses.

## **PROBABLE CAUSE**

3. On July 26, 2023, at approximately 1:34 a.m., Rochester Police Department (RPD) officers were dispatched to 799 West Main Street after a 911 call for a menacing with a handgun. The 911 caller reported that the suspects were inside a red vehicle. When officers arrived at 799 West Main Street, they observed a red Dodge Journey bearing Tennessee license plate 526BDBK in the parking lot. The Dodge Journey was the only red vehicle parked in the lot. When police arrived, two black male exited and ran from the Dodge Journey.

4. One suspect, later identified as an individual with the initials J.P., was apprehended by officers after discarding a .9mm pistol. While officers dealt with J.P., the other suspect, later identified as BATES, ran back to the red Dodge Journey and drove away from the scene. RPD officers caught up to and located the red Dodge Journey as it pulled into the driveway of 174 Gardner Avenue. BATES was the sole occupant of the vehicle and was detained by officers after a brief struggle. Officers located a Ruger .380 caliber semi-automatic pistol, Model LCP, bearing serial number 379049678, behind the center console in plain view. The firearm was loaded with one (1) round in the chamber and six (6) rounds in the magazine.

5. BATES was then placed in the rear of a patrol vehicle. Upon eventually removing BATES from the patrol vehicle, officers located a bag laying on the driver's side rear floorboard. The bag contained approximately 9.5 grams of suspected fentanyl, 4.7 grams of suspected cocaine, 7 bags of blue and pink pressed pill packs (2.2 grams) of suspected MDMA, 10.5 grams of suspected Xanax in 9 pink vials, and dozens of new and unused baggies commonly used in the distribution of narcotics. RPD Officer Sterling, whose patrol car BATES was placed in, had checked the rear of his patrol vehicle for any contraband at the beginning of his shift and there was no contraband in the car. Field tests performed on the substances were positive for fentanyl, cocaine, and MDMA. Officers also located approximately $57 in U.S. currency on BATES' person.

6. Before being transported to the Monroe County Jail, BATES complained of pain in his arm, and was taken to Strong Memorial Hospital for evaluation. During evaluation, BATES made several spontaneous utterances to officers on prisoner detail. BATES said, in sum and substance, that he had just arrived in Rochester twelve days ago,

that he lives in Tennessee, and that the firearm was legal and registered in Tennessee but that he was unaware of the laws in New York State.

7.      The above Ruger .380 caliber firearm was traced by ATF to find its point of origination.  The trace result revealed Zachary BATES had purchased the gun on February 21, 2022, from a firearms dealer in Clarkson, Tennessee.  BATES used a Tennessee identification card and social security card during the purchase of the firearm.

8.      J.P. was charged with Criminal Possession of a Weapon in the Second Degree in violation of New York State Law.  BATES was charged with Criminal Possession of a Weapon in the Second Degree and Criminal Possession of a Controlled Substance in the Third Degree in violation of New York State Law.  J.P. and BATES made bail and were released from custody the day after their appearances in state court.

9.      August 10, 2023, at approximately 4:34p.m., ATF Special Agent Sean Krumholz, acting in an undercover capacity, met BATES in the Tops Supermarket parking lot at 450 West Avenue, Rochester, New York.  During the meeting, BATES sold Agent Krumholz fifty (50) percocet pills for $800.00 of ATF agent cashier funds.  During the transaction, BATES pulled a black Smith & Wesson .40 caliber semi-automatic pistol out of his waistband area and showed it to Agent Krumholz.  Once back at the ATF Office, your affiant conducted a field test on the Percocet pills receiving a presumptive positive test for codeine.  However, the pills will be submitted to a laboratory to confirm the contents of the substance.

## CONCLUSION

10. Based on the above information, I submit there is probable cause to believe that on or about July 26, 2023, in the City of Rochester, County of Monroe, New York, Western District of New York, Zachary BATES violated Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) (possession of fentanyl, cocaine, and MDMA with intent to distribute) and Title 18, United States Code, Section 924(c)(1)(a)(i) (possession of a firearm in furtherance of a drug trafficking crime).

S/A [signature]
_____
SEAN MARTINECK
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Affidavit submitted electronically by email in .pdf format.
Oath administered, and contents and signature, attested
to me as true and accurate telephonically pursuant to
Fed. R. Crim. P. 4.1 and 41(d)(3) on this 14th day of August 2023.

[signature]
_____
HONORABLE MARK W. PEDERSEN
United States Magistrate Judge

5